# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>Defendants. | Case No. 6:20-cv-00480-ADA<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STRIKE DUPLICATE LETTER OF REQUEST FOR FOREIGN DISCOVERY

Defendants Dell Technologies Inc., Dell Inc., EMC Corporation, and VMware, Inc., (collectively "Defendants") filed a Motion for Letter of Request (Dkt. 45) for foreign discovery on November 6, 2020, which was a duplicate of Motion for Letter of Request (Dkt. 44). Defendants respectfully request that the Court strike the Motion for Letter of Request (Dkt. 45).

Dated:  November 10, 2020      By:   */s/ Barry K. Shelton*
                                     Barry K. Shelton
                                     Texas State Bar No. 24055029
                                     bshelton@sheltoncoburn.com
                                     **SHELTON COBURN LLP**
                                     311 RR 620, Ste. 205
                                     Austin, TX  78734-4775
                                     Telephone:  512.263.2165
                                     Facsimile:  512.263.2166

                                     *Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 10, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

*/s/ Barry K. Shelton*
Barry K. Shelton
