# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00473-ADA |
| | | CIVIL ACTION 6:20-CV-00474-ADA |
| | | CIVIL ACTION 6:20-CV-00475-ADA |
| | | CIVIL ACTION 6:20-CV-00476-ADA |
| Plaintiff, | | CIVIL ACTION 6:20-CV-00477-ADA |
| | | CIVIL ACTION 6:20-CV-00478-ADA |
| | | CIVIL ACTION 6:20-CV-00479-ADA |
| | | CIVIL ACTION 6:20-CV-00480-ADA |
| v. | | CIVIL ACTION 6:20-CV-00481-ADA |
| | | CIVIL ACTION 6:20-CV-00482-ADA |
| | | CIVIL ACTION 6:20-CV-00485-ADA |
| | | CIVIL ACTION 6:20-CV-00486-ADA |
| DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, | | PATENT CASE |
| Defendants. | | JURY TRIAL DEMANDED |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Having considered Defendants' motion to dismiss Plaintiff's claims for direct and indirect infringement for failure to state a claim, the Court finds the motion should be DENIED. Therefore, it his hereby ORDERED that Defendants' motion to dismiss for failure to state a claim is DENIED.

Date:

_____
Presiding Judge