# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>Defendants. | Case No. 6:20-cv-00480-ADA<br><br>**JURY TRIAL DEMANDED** |

**SUPPLEMENTAL DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF OPPOSED MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE <u>TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS</u>**

I, Brian A. Rosenthal, declare as follows:

1. I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation, and VMware, Inc. in the above-captioned action. I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2. Attached hereto as **Exhibit 17** are true and correct copies of the Declarations of Matt Hogan, filed in the following cases:

| # | Case Number | Docket Number | Filing Date |
|---|---|---|---|
| 1 | 6:20-CV-00454-ADA | 32-1 | Oct. 16, 2020 |
| 2 | 6:20-CV-00455-ADA | 28-1 | Oct. 16, 2020 |
| 3 | 6:20-CV-00456-ADA | 29-1 | Oct. 16, 2020 |
| 4 | 6:20-CV-00457-ADA | 28-1 | Oct. 16, 2020 |
| 5 | 6:20-CV-00458-ADA | 30-1 | Oct. 16, 2020 |
| 6 | 6:20-CV-00459-ADA | 28-1 | Oct. 16, 2020 |
| 7 | 6:20-CV-00460-ADA | 30-1 | Oct. 16, 2020 |
| 8 | 6:20-CV-00461-ADA | 30-1 | Oct. 16, 2020 |
| 9 | 6:20-CV-00462-ADA | 30-1 | Oct. 16, 2020 |
| 10 | 6:20-CV-00463-ADA | 28-1 | Oct. 16, 2020 |
| 11 | 6:20-CV-00464-ADA | 30-1 | Oct. 16, 2020 |
| 12 | 6:20-CV-00465-ADA | 30-1 | Oct. 16, 2020 |
| 13 | 6:20-CV-00473-ADA | Case No. 20-cv-473, D.I. 51-5[1] | Nov. 18, 2020 |
| 14 | 6:20-CV-00474-ADA | | |
| 15 | 6:20-CV-00475-ADA | | |
| 16 | 6:20-CV-00476-ADA | | |
| 17 | 6:20-CV-00477-ADA | | |
| 18 | 6:20-CV-00478-ADA | | |
| 19 | 6:20-CV-00479-ADA | | |
| 20 | 6:20-CV-00480-ADA | | |
| 21 | 6:20-CV-00481-ADA | | |
| 22 | 6:20-CV-00482-ADA | | |

---

[1] While WSOU refers to the declaration of Matt Hogan in each of these cases, WSOU filed "its exhibits only in Case 6:20-CV-00473-ADA." *See* Case No. 20-cv-473, D.I. 51 at n.1.

| 23 | 6:20-CV-00485-ADA |      |              |
|----|-------------------|------|--------------|
| 24 | 6:20-CV-00486-ADA |      |              |
| 25 | 6:20-CV-00487-ADA | 36-2 | Nov. 6, 2020 |
| 26 | 6:20-CV-00488-ADA | 34-2 | Nov. 6, 2020 |
| 27 | 6:20-CV-00489-ADA | 35-2 | Nov. 6, 2020 |
| 28 | 6:20-CV-00490-ADA | 32-2 | Nov. 6, 2020 |
| 29 | 6:20-CV-00491-ADA | 34-2 | Nov. 6, 2020 |
| 30 | 6:20-CV-00492-ADA | 34-2 | Nov. 6, 2020 |
| 31 | 6:20-CV-00493-ADA | 33-2 | Nov. 6, 2020 |
| 32 | 6:20-CV-00494-ADA | 34-2 | Nov. 6, 2020 |
| 33 | 6:20-CV-00495-ADA | 34-2 | Nov. 6, 2020 |
| 34 | 6:20-CV-00496-ADA | 34-2 | Nov. 6, 2020 |
| 35 | 6:20-CV-00497-ADA | 34-2 | Nov. 6, 2020 |

3.  Attached hereto as **Exhibit 18** is a true and correct copy of an article titled "Large Portfolio of Former Nokia Patents Put on Market," dated February 9, 2018 and obtained from https://news.bloomberglaw.com/ip-law/large-portfolio-of-former-nokia-patents-put-on-market (last retrieved November 23, 2020), and an article titled "Huawei Remains In The WSOU Crosshairs, With Nine New Cases Filed," dated March 28, 2020 and obtained from https://www.mondaq.com/unitedstates/patent/909324/huawei-remains-in-the-wsou-crosshairs-with-nine-new-cases-filed (last retrieved November 23, 2020).

4.  Attached hereto as **Exhibit 19** is a true and correct copy of Federal District Court Cases for Judges Albright, Pitman, Yeakel, Nowlin, and Sparks, obtained from Lex Machina, https://lexmachina.com, on November 22, 2020.

5.  Attached hereto as **Exhibit 20** is a true and correct copy of a document titled "United States District Court Western District of Texas Fiscal Year Statistics 2019," obtained from https://www.txwd.uscourts.gov/wp-content/uploads/District%20Statistics/2019/Fiscal%20Year%20Statistics%20-%202019.pdf on November 23, 2020.

6.  Attached hereto as **Exhibit 21** is a true and correct copy of Microsoft Corporation's Reply Brief in Support of its Opposed Motion to Transfer Venue to Austin Division and a true and

correct copy of Exhibit 19 to that Brief, which were filed, as Docket Numbers 34 and 34-3 respectively in Case No. 6:20-cv-00454-ADA (W.D. Tex.), on October 23, 2020.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2020

                                    */s/ Brian A. Rosenthal*
                                    Brian A. Rosenthal