# EXHIBIT 19

789 Federal district court cases  Page 1 of 2

# Federal District Court
# Cases

Showing **789** open federal district court cases; in W.D.Tex.; before District Judge Alan D Albright; pending between 2009-01-01 and 2020-11-21.; sorted by most recent docket activity.

00:07:06
Manage matter details

## Summary

**Case Filings** (Top 6 by Focus Order)



| | <2015 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| ● Antitrust | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| ● Bankruptcy | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| ● Consumer Protection | 0 | 0 | 0 | 0 | 0 | 2 | 8 |
| ● Contracts | 0 | 0 | 1 | 0 | 3 | 10 | 31 |
| ● Copyright | 0 | 0 | 0 | 0 | 0 | 3 | 2 |
| ● ERISA | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

### Cases by Type

| Case Types | Cases |
|---|---|
| Antitrust | 1 |
| Bankruptcy | 7 |
| Consumer Protection | 10 |
| Contracts | 45 |
| Copyright | 5 |
| ERISA | 1 |
| Employment | 38 |
| Insurance | 13 |
| Patent | 546 |
| Product Liability | 10 |
| Tax | 1 |

### Courts

| W.D.Tex. | 789 | 100% |
|---|---|---|

### District Judges

| Alan D Albright | 789 | 100% |
|---|---|---|
| Robert Lee Pitman | 18 | 2% |
| Sam Sparks | 10 | 1% |
| Walter David Counts III | 7 | 1% |
| Orlando Luis Garcia | 2 | 0% |

1 Other Judges


| Case Types | Cases |
|---|---|
| Torts | 41 |
| Trade Secret | 8 |
| Trademark | 24 |
| Remaining Federal | 85 |

*All other Case Types have 0 results in this case list.*

## Case Status

Open: 789 (100%)   Terminated: 0 (0%)


# Federal District Court Cases

Showing **939** open federal district court cases; in W.D.Tex.; before District Judges Earl Leroy Yeakel III, James Robertson Nowlin, Robert Lee Pitman, or Sam Sparks; pending between 2009-01-01 and 2020-11-21.; sorted by most recent docket activity.

00:06:03
Manage matter details

## Summary

**Case Filings** (Top 6 by Focus Order)



|  | <2015 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| ●Antitrust |  | 0 | 0 | 0 | 0 | 0 | 0 |
| ●Bankruptcy |  | 0 | 0 | 0 | 0 | 0 | 10 |
| ●Consumer Protection |  | 0 | 0 | 1 | 0 | 2 | 6 | 44 |
| ●Contracts |  | 2 | 1 | 3 | 4 | 13 | 20 | 55 |
| ●Copyright |  | 0 | 0 | 0 | 2 | 3 | 9 | 22 |
| ●ERISA |  | 0 | 0 | 0 | 2 | 1 | 6 | 13 |
|  | <2015 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| ●Antitrust | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ●Bankruptcy | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| ●Consumer Protection | 0 | 0 | 1 | 0 | 2 | 6 | 44 |
| ●Contracts | 2 | 1 | 3 | 4 | 13 | 20 | 55 |
| ●Copyright | 0 | 0 | 0 | 2 | 3 | 9 | 22 |
| ●ERISA | 0 | 0 | 0 | 2 | 1 | 6 | 13 |

### Cases by Type

| Case Types | Cases |
|---|---|
| Bankruptcy | 10 |
| Consumer Protection | 53 |
| Contracts | 98 |
| Copyright | 36 |
| ERISA | 22 |
| Employment | 137 |
| Environmental | 7 |
| Insurance | 78 |
| Patent | 34 |
| Product Liability | 49 |
| Securities | 9 |

### Courts

| | | |
|---|---|---|
| W.D.Tex. | 939 | 100% |

**District Judges**

| | | |
|---|---|---|
| Robert Lee Pitman | 477 | 51% |
| Earl Leroy Yeakel III | 455 | 48% |
| James Robertson Nowlin | 39 | 4% |
| David Alan Ezra | 32 | 3% |
| Sam Sparks | 30 | 3% |

3 Other Judges

https://law.lexmachina.com/cases/?status=open&pending-from=2009-01-01&pending-to=&court-include=txwd&judge-include=3017&judge-

| Case Types | Cases |
|---|---|
| Tax | 7 |
| Torts | 117 |
| Trade Secret | 15 |
| Trademark | 36 |
| Remaining Federal | 271 |

*All other Case Types have 0 results in this case list.*

## Case Status

Open: 939 (100%)   Terminated: 0 (0%)

https://law.lexmachina.com/cases/?status=open&pending-from=2009-01-01&pending-to=&court-include=txwd&judge-include=3017&judge-