# EXHIBIT 6

I.  **Defendants' Narrowed List of Terms for Construction**

   A.  **Group 1**

      1.  **'133 Patent**

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 1 | "whether a congestion condition exists [on/for] the egress node" | 1, 12, and 13 | "whether the egress node is currently congested" | Plain and ordinary meaning |
| 2 | "processing the packets" | 1, 12, and 13 | "modifying, at the ingress node, the queuing priority of packets destined for the egress node" | Plain and ordinary meaning |
| 3 | "such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load balancing network than packets associated with egress nodes for which the congestion condition exists" | 1, 12, and 13 | "packets are marked depending on whether they are destined for a congested egress node, such that marked packets have a different probability of being dropped" | Plain and ordinary meaning |
| 4 | "means for determining, for each packet, whether a congestion condition exists on the egress node" | 12 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** determining, for each packet, whether a congestion condition exists on the egress node<br><br>**Structure:** Indefinite | Subject to means-plus-function construction.<br><br>**Function:** "determining, for each packet, whether a congestion condition exists on the egress node"<br><br>**Structure:** see, e.g., Figs. 1–7; 5:1–6:12; 9:8–22; 9:41–51; 13:32–47; 14:24–65; 15:12–28. |
| 5 | "means for processing the packets such that packets associated with egress nodes | 12 | This term is subject to 35 U.S.C. § 112, ¶ 6. | Subject to means-plus-function construction. |

| | | | | |
|---|---|---|---|---|
| | for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exists" | | **Function:** processing the packets such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exists<br><br>**Structure:** processor 210 which marks the packets such that marked packets have a different probability of being dropped than unmarked packets | **Function:** "processing the packets such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exists"<br><br>**Structure:** see, e.g., claim 5 and corresponding written description; Figs. 1–7; 3:7–21; 5:24–38; 6:13–65; 7:26–30; 8:15–25; 8:64–9:22; 9:51–10:29; 10:43–11:8; 13:48–14:12; 14:24–65; 15:45–16:20. |

2. '800 Patent

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 6 | "latency cost" | 1 and 13 | "communication delay between a compute node and a data node" | Plain and ordinary meaning |
| 7 | "[determining/determine] an assignment objective" | 1 and 13 | "select[ing] one of a plurality of assignment objectives" | Plain and ordinary meaning |

2

3. '309 Patent

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 8 | "split ratio vector" | 1, 11, and 16 | "the proportion of the flow routed in each path" | Plain and ordinary meaning |

4. '360 Patent

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 9 | "said element comprises: an element for recording whether a queue is empty or occupied, an element for recording the [number of data cells/quantity of data] contained in a queue, an element identifying a queue from which data is to be output, and an element identifying a group of queues from which data is to be output" | 1 and 26 | "said element includes all of: an element for recording whether a queue is empty or occupied, an element for recording the quantity of data contained in a queue, an element identifying a queue from which data is to be output, and an element identifying a group of queues from which data is to be output" | Plain and ordinary meaning |
| 10 | "expected state for said element"<br><br>"predetermined state for said element"<br><br>"expected value of said parameter"<br><br>"expected states for that element"<br><br>"expected status for said element"<br><br>"expected state of said first element" | 1, 3, 12, 13, 18, 21, 24, 26, 28, 29, 48, and 49 | "a [state/value] for the [element/parameter] that would be expected if the scheduler is functioning properly" | Plain and ordinary meaning |
| 11 | "computer generated model" | 1, 18, 21, 26, 44, and 45 | "a simulated computer model of circuitry describing a scheduler" | WSOU provided no proposal, despite Defendants proposing the term. |

3

| 12 | "element for recording whether a queue is empty or occupied" | 1, 5, 6, 7–9, 14–15, 20, 25, 26, 30, 33–35, and 38 | These terms are subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** recording whether a queue is empty or occupied<br><br>**Structure:** queue status register 165, 167, 201, or 203 | Plain and ordinary meaning |
|---|---|---|---|---|
| | * * * | * * * | * * * | |
| | "an element for recording the [number of [data] cells/quantity of data] contained in a queue" | 1, 5–6, 9, 14–15, 20, 26, 30, 33–35, and 38 | **Function:** recording the [quantity of data/number of data cells] contained in a queue<br><br>**Structure:** counter 169, 205, or 207 | |
| | * * * | * * * | * * * | |
| | "an element identifying a queue from which data is to be output" | 1, 26, 5, 20, and 30 | **Function:** identifying a queue from which data is to be output<br><br>**Structure:** pointer 177, 179, 181, 183, 209, 211, 213, or 215 | |
| | * * * | * * * | * * * | |
| | "an element [identifying/indicating] a group of queues from which data is to be output" | 1, 5, 9, 14–15, 20, 26, 30, 33, 35, and 38 | **Function:** [identifying/indicating] a group of queues, from which data is to be output | |

| | | | | |
|---|---|---|---|---|
| | | | **Construction:** [identifying/indicating] a group of queues, i.e., high or low priority, from which data is to be output<br><br>**Structure:** Indefinite | |
| 13 | "determining means for determining an expected value of said element"[1] | 18 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function:** determining an expected value of said element<br><br>**Structure:** Indefinite | Plain and ordinary meaning |
| 14 | "detection means for detecting a state of an element"[2] | 1 and 24 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** detecting a state of an element<br><br>**Structure:** modules 110, 112, 114 . . . to 130 using a programming language interface | Plain and ordinary meaning |

---

[1] Defendants contend that resolution of this dispute will apply equally to the terms "determining means for determining an expected state for said element based on said monitored parameter" (claim 3) and "prediction means for determining an expected status for said element" (claims 12 and 13).

[2] Defendants contend that resolution of this dispute will apply equally to the terms "means for requesting said scheduler model to pass the status of said element to said monitor" (claim 1); "monitoring means for monitoring a parameter relating to the operation of said scheduler" (claim 3); and "means for detecting the state of at least one element of said scheduler whose state depends on which queue is selected by said scheduler for outputting a test cell" (claim 24).

*(Cont'd on next page)*

| | | | | |
|---|---|---|---|---|
| | | | (PLI) as described in '360 patent, 12:11–41 | |
| 15 | "comparing means for comparing the detected state with a predetermined state for said element and for outputting the result of the comparison"[3] | 1 and 24 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** comparing the detected state with a predetermined state for said element and for outputting the result of the comparison<br><br>**Structure:** Indefinite | Plain and ordinary meaning |

---

[3] Defendants contend that resolution of this dispute will apply equally to the terms "comparison means for comparing the detected parameter with said expected parameter and for outputting the result of the comparison" (claim 18); "means for detecting the state of an element of said scheduler at a plurality of different times and comparing the detected states with expected states and outputting the result of said comparison" (claim 21); and "comparison means for at least one of: comparing the detected element status with an expected status for said element based on the detected queue identity and comparing the detected queue identity, with an expected queue identity based on the detected status of said element" (claim 24).

B.   Group 2

   1.   '144 Patent

|  | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 16 | "group of communication traffic" | 1, 4, 11, 12, 14 | "traffic in a VLAN or other identifiable communications group" | Plain and ordinary meaning |
| 17 | "V is a group identifier corresponding to the group of communication traffic" | 1, 11, 14 | Plain and ordinary meaning; but the group identifier cannot be a hash value based on packet fields such as source address and destination address | Plain and ordinary meaning |

   2.   '921 Patent

|  | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 18 | "data plane means for forwarding packets between the nodes" (claim 1) / "data plane means for forwarding packets to other nodes in the network" (claims 9 & 17) | 1, 9, 17 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Claim 1**<br><br>*Function:* forwarding packets between the nodes<br><br>*Structure:* Data plane 202 (distinct from the computing means) including switching fabric 214 and link interface 216; and equivalent structures<br><br>**Claim 9 & 17**<br><br>*Function:* forwarding packets to other nodes in the network | Subject to means-plus-function construction.<br><br>*Function:* forwarding packets between the nodes<br><br>*Structure:* 4:44-60 (link interface 216 and switching fabric 214) |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | *Structure:* Data plane 202 (distinct from the computing means) including switching fabric 214 and link interface 216; and equivalent structures |  |
| 19 | "fast propagation" | 1, 9, 17 | Indefinite<br><br>In the alternative this means "much faster than using the computing means, e.g. by using OSPF routing protocol" | Plain and ordinary meaning |

C.      Group 3

     1.      '489 Patent

|  | **Claim Term, Clause, or Phrase** | **Claim(s)** | **Defendants' Proposal** | **WSOU's Proposal** |
|---|---|---|---|---|
| 20 | "the first set of port interfaces of the multi-chassis link aggregate" | 1, 8, 15 | Indefinite | Plain and ordinary meaning |

     2.      '020 Patent

|  | **Claim Term, Clause, or Phrase** | **Claim(s)** | **Defendants' Proposal** | **WSOU's Proposal** |
|---|---|---|---|---|
| 21 | "removing, at the network node, the protocol data of a portion of protocol layers from the received data stream" (claim 1) / "removes protocol data from a portion of protocol layers from a data stream" (claim 6) | 1, 6 | Indefinite | Plain and ordinary meaning |
| 22 | "a control unit which removes protocol data from a portion of protocol layers from a data stream received from the communication network via the second interface, the data stream comprising | 6 | Indefinite<br><br>In the alternative: this term is subject to 35 U.S.C. § 112, ¶ 6. | Plain and ordinary meaning |

8

| | | | | |
|---|---|---|---|---|
| | useful data and the protocol data, and switches a remaining data stream to be transmitted to one of the terminals via the first interface" | | *Function:* [1] removes protocol data from a portion of protocol layers from a data stream received from the communication network via the second interface, the data stream comprising useful data and the protocol data, and [2] switches a remaining data stream to be transmitted to one of the terminals via the first interface<br><br>*Structure:* control unit CONTR executing function PHN, containing processes P1 to P3 and function SW; and equivalent structures | |
| 23 | "bus system" | 1, 6 | "a network that does not include any active components such as switching nodes, gateways, routers, or bridges, wherein all nodes are connected to a single wire" | Plain and ordinary meaning |

3.  '435 Patent

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 24 | "setting the IPPC of one of the ports of one of said bridges within the MSTI to a lower IPPC when said port is part of the VLAN member set" | 1, 8, 13 | order of steps<br><br>The setting of the IPPC to a lower IPPC must occur after the creation and configuration of the Multiple Spanning Tree | Plain and ordinary meaning |

| | | | Instances step and after the creation of the VLAN member sets step | |
|---|---|---|---|---|
| 25 | "processing unit for setting the Internal Port Path Cost (IPPC) of one of the ports of one of said bridges within the MSTI…" | 8 | This is subject to 35 U.S.C. § 112, ¶ 6.<br><br>*Function:* setting the Internal Port Path Cost (IPPC) of one of the ports of one of said bridges within the MSTI…<br><br>*Structure:* Indefinite | Plain and ordinary meaning |
| 26 | "ideally" | 7, 11, 18 | Indefinite | Plain and ordinary meaning |
| 27 | entirety of claims | 9–11, 13–18 | Indefinite | Plain and ordinary meaning |

D.   Group 4

   1.   '536 Patent

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 28 | "bridge" | 1, 12 | "a network interface device that operates no higher than the data link layer" | Plain and ordinary meaning |
| 29 | "channel in a connection-based network" | 1, 12 | "one of the paths that has been established in a network for communications" | Plain and ordinary meaning |
| 30 | "means for reading priorities of data frames directed by the bridge to at least a first one of the bridge ports" | 12 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>*Function*: reading priorities of data frames directed by the bridge to at least a first one of the bridge ports | Subject to means-plus-function construction.<br><br>*Function*: reading priorities of data frames directed by the dribe [sic] to at least a first one of the bridge ports<br><br>*Structure*: bridge, and equivalents thereof |

10

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| | | | *Structure*: Indefinite | |
| 31 | "forwarding system configured to read a priority of a data frame to be forwarded onto the connection-based network by way of the first one of the ports, identify a service interface which the map indicates corresponds to the read user priority and forward the data frame over the channel in the connection-based network associated with the identified service interface" | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>*Function*: read a priority of a data frame to be forwarded onto the connection-based network by way of the first one of the ports, identify a service interface which the map indicates corresponds to the read user priority and forward the data frame over the channel in the connection-based network associated with the identified service interface<br><br>*Structure*: Indefinite | Plain and ordinary meaning |

2.      '888 Patent

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 32 | "stackable trunk port" | 1, 15 | "trunk port supporting the Riverstone solution (i.e. the additional extension 802.1Q packet header)" | Plain and ordinary meaning |
| 33 | "backbone VLAN trunk" | 1, 15 | "data transport trunk links defined between stackable trunk ports on core routers" | Plain and ordinary meaning |

11

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 34 | "wherein the selection and association of at least one backbone VLAN ID with each one of the corresponding plurality of backbone VLAN trunks is undertaken irrespective of one of an in-use and a stand-by designation of each one of the plurality of backbone VLAN trunks and each one of the plurality of stackable trunk ports" (claim 1) / "wherein the association of the plurality of backbone VLAN IDs with the backbone VLAN trunk is undertaken irrespective of one of an in-use and a stand-by designation of the backbone VLAN trunk and the at least one stackable trunk port" (claim 15) | 1, 15 | "wherein the provisioning method ignores the designation of a backbone VLAN trunk as in-use or stand-by when associating the backbone VLAN ID with the backbone VLAN trunks (as opposed to, during association of VLANs with trunks, explicitly designating physical VLANs associated with a logical VLAN as in-use and explicitly designating other physical VLANs associated with the logical VLAN as back-up)" | Plain and ordinary meaning |

3.  '129 Patent

| | Claim Term, Clause, or Phrase | Claim(s) | Defendants' Proposal | WSOU's Proposal |
|---|---|---|---|---|
| 35 | "rate of change" | 3 | Plain and ordinary meaning; not an instantaneous value measured at a fixed point in time | Plain and ordinary meaning |
| 36 | "initiating a poll of resources in the nodes of the network by the management station in response to reporting from the node or a time interval being exceeded" | 3 | Both of these events trigger a poll | Plain and ordinary meaning |