# EXHIBIT 7

| | 480 (7539133) | | | | | Dell | WSOU |
|---|---|---|---|---|---|---|---|
| | Phrase | Dell | WSOU | Both | Count | | |
| | "whether a congestion condition exists [on/for] the egress node" | 1 | | | 1 | "whether the egress node is currently congested" | Plain and ordinary meaning |
| | "processing the packets" | 1 | | | 1 | "modifying, at the ingress node, the queuing priority of packets destined for the egress node" | Plain and ordinary meaning |
| | "such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load balancing network than packets associated with egress nodes for which the congestion condition exists" | 1 | | | 1 | "packets are marked depending on whether they are destined for a congested egress node, such that marked packets have a different probability of being dropped" | Plain and ordinary meaning |
| 1 | "means for determining an egress node associated with each of a plurality of packets of a traffic flow received at an ingress node" | | | 1 | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: determining an egress node associated with each of a plurality of packets of a traffic flow received at an ingress node<br>**Structure**: processor 210, switch 230, and one or more routing tables associated with switch 230 | Subject to means-plus-function construction.<br>**Function**: "determining an egress node associated with each of a plurality of packets of a traffic flow received at an ingress node adapted for splitting the traffic flow into a plurality of traffic flow portions independent of the egress node by which each packet is assigned to exit the loadbalancing network"<br>**Structure**: see, e.g., claims 2 and 3 and corresponding written description; Figs. 1-7, 2:55-3:6; 3:65-4:3; 5:11-17; 9:8-22; 9:37-41; 13:19-31; 14:24-65 |
| | "means for determining, for each packet, whether a congestion condition exists on the egress node" | | | 1 | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: determining, for each packet, whether a congestion condition exists on the egress node<br>**Structure**: Indefinite | Subject to means-plus-function construction.<br>**Function**: "determining, for each packet, whether a congestion condition exists on the egress node"<br>**Structure**: see, e.g., Figs. 1-7; 5:1-6:12; 9:8-22; 9:41-51; 13:32-47; 14:24-65; 15:12-28. |
| | "means for processing the packets such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exists" | | | 1 | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: processing the packets such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exists<br>**Structure**: processor 210 which marks the packets such that marked packets have a different probability of being dropped than unmarked packets | Subject to means-plus-function construction.<br>**Function**: "processing the packets such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exists"<br>**Structure**: see, e.g., claim 5 and corresponding written description; Figs. 1-7; 3:7-21; 5:24-38; 6:13-65; 7:26-30; 8:15-25; 8:64-9:22; 9:51-10:29; 10:43-11:8; 13:48-14:12; 14:24-65; 15:45-16:20. |
| | | Count | 3 | 0 | 3 | | |
| | | | | Sub-total | 6 | | |
| | 481 (9164800) | | | | | | |
| | Phrase | Dell | WSOU | Both | | | |
| 1 | "latency cost" | 1 | | | 1 | "communication delay between a compute node and a data node" | Plain and ordinary meaning |
| | "[determining/determine] an assignment objective" | 1 | | | 1 | "select[ing] one of a plurality of assignment objectives" | Plain and ordinary meaning |
| | "assign[ing] [a] compute node[s] from the set of compute nodes to [a] data node[s] from the set of data nodes" | 1 | | | 1 | Indefinite | Plain and ordinary meaning |
| | "data node" | 1 | | | 1 | "a physical storage device" | Plain and ordinary meaning |
| | ~~"obtaining a set of compute cliques"~~ | | x | | | | |
| | ~~"maximize"~~ | | | x | | | |

| | | Count | 4 | 0 | 0 | | |
|---|---|---|---|---|---|---|---|
| | | | Sub-total | 4 | | | |
| 485(7636309) | | | | | | | |
| Phrase | | Dell | WSOU | Both | | | |
| "split ratio vector" | | 1 | | 1 | "the proportion of the flow routed in each path" | Plain and ordinary meaning | |
| ~~"combining [at least one of/ones of] the sub-flows of each of [at least two of] the plurality of traffic flows"~~ | | x | | | | | |
| ~~"variance associated with at least one of the traffic flows"~~ | | x | | | | Plain and ordinary meaning | |
| ~~"node"~~ | | | x | | "an element in the network at least capable of transferring packets" | Not seeking construction | |
| ~~"trafffic flow"~~ | | | x | | "a group (e.g., two or more) of packets that are to be routed in the network through the same source node/port and destination node/port pairing" | Not seeking construction | |
| ~~"path"~~ | | | x | | "a set of two or more nodes and one or more links between the nodes" | Not seeking construction | |
| | | Count | 1 | 0 | 0 | | |
| | | | Sub-total | 1 | | | |
| 486 (7092360) | | | | | | | |
| Phrase | | Dell | WSOU | Both | | | |
| "said element comprises: an element for recording whether a queue is empty or occupied, an element for recording the [number of data cells/quantity of data] contained in a queue, an element identifying a queue from which data is to be output, and an element identifying a group of queues from which data is to be output" | | 1 | | 1 | "said element includes all of: an element for recording whether a queue is empty or occupied, an element for recording the quantity of data contained in a queue, an element identifying a queue from which data is to be output, and an element identifying a group of queues from which data is to be output" | Plain and ordinary meaning | |
| "expected state for said element"<br>"predetermined state for said element"<br>"expected value of said parameter"<br>"expected states for that element"<br>"expected status for said element"<br>"expected state of said first element"<br>"expected state for the or each further element"<br>"expected value for the or each [further] parameter"<br>"expected states for said parameter" | | 1 | | 1 | "a [state/value] for the [element/parameter] that would be expected if the scheduler is functioning properly" | Plain and ordinary meaning | |
| "detection means for detecting a state of an element" | | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: detecting a state of an element<br>**Structure**: modules 110, 112, 114 . . . to 130 using a programming language interface (PLI) as described in '360 patent, 12:11–41 | Plain and ordinary meaning | |
| "comparing means for comparing the detected state with a predetermined state for said element and for outputting the result of the comparison" | | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: comparing the detected state with a predetermined state for said element and for outputting the result of the comparison<br>**Structure**: Indefinite | Plain and ordinary meaning | |
| "means for requesting said scheduler model to pass the status of said element to said monitor" | | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: requesting said scheduler model to pass the status of said element to said monitor<br>**Structure**: modules 110, 112, 114 . . . to 130 using a programming language interface (PLI) as described in '360 patent, 12:11–41 | Plain and ordinary meaning | |

1

| Term | | | | Defendant's Construction | Plaintiff's Construction |
|---|---|---|---|---|---|
| "monitoring means for monitoring a parameter relating to the operation of said scheduler" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: monitoring a parameter relating to the operation of said scheduler<br>**Structure**: modules 110, 112, 114 . . . to 130 using a programming language interface (PLI) as described in '360 patent, 12:11–41 | Plain and ordinary meaning |
| "determining means for determining an expected state for said element based on said monitored parameter" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: determining an expected state for said element based on said monitored parameter<br>**Structure**: Indefinite | Plain and ordinary meaning |
| "prediction means for determining an expected status for said element" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: determining an expected status for said element<br>**Structure**: Indefinite | Plain and ordinary meaning |
| "determining means for determining an expected value of said element" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: determining an expected value of said element<br>**Structure**: Indefinite | Plain and ordinary meaning |
| "comparison means for comparing the detected parameter with said expected parameter and for outputting the result of the comparison" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: comparing the detected parameter with said expected parameter and for outputting the result of the comparison<br>**Structure**: Indefinite | Plain and ordinary meaning |
| "means for detecting the state of an element of said scheduler at a plurality of different times and comparing the detected states with expected states and outputting the result of said comparison" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: (1) detecting the state of an element of said scheduler at a plurality of different times and (2) comparing the detected states with expected states and outputting the result of said comparison<br>**Structure**: Indefinite | Plain and ordinary meaning |
| "means for placing said test cells in said queues" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: placing said test cells in said queues<br>**Structure**: Indefinite | Plain and ordinary meaning |
| "means for detecting the state of at least one element of said scheduler whose state depends on which queue is selected by said scheduler for outputting a test cell" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: detecting the state of at least one element of said scheduler whose state depends on which queue is selected by said scheduler for outputting a test cell<br>**Structure**: modules 110, 112, 114 . . . to 130 using a programming language interface (PLI) as described in '360 patent, 12:11–41 | Plain and ordinary meaning |
| "means for detecting from each test cell input to and/or output by said scheduler, the identity of the queue in which contained in said test cell" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: detecting from each test cell input to and/or output by said scheduler, the identity of the queue in which contained in said test cell<br>**Structure**: scheduler monitor 107 | Plain and ordinary meaning |
| "comparison means for at least one of: comparing the detected element status with an expected status for said element based on the detected queue identity and comparing the detected queue identity, with an expected queue identity based on the detected status of said element" | 1 | | 1 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br>**Function**: at least one of: comparing the detected element status with an expected status for said element based on the detected queue identity and comparing the detected queue identity, with an expected queue identity based on the detected status of said element<br>**Structure**: Indefinite | Plain and ordinary meaning |

| Term | Dell | WSOU | Both | Count | Dell Construction | WSOU Construction |
|---|---|---|---|---|---|---|
| "element for recording whether a queue is empty or occupied" | 1 | | | 1 | Subject to 35 U.S.C. § 112, ¶ 6. **Function**: recording whether a queue is empty or occupied **Structure**: queue status register 165, 167, 201, or 203 | Plain and ordinary meaning |
| "an element for recording the [number of [data]cells/quantity of data" | 1 | | | 1 | **Function**: recording the [quantity of data/number of data cells] contained in a queue **Structure**: counter 169, 205, or 207 | Plain and ordinary meaning |
| "an element identifying a queue from which data is to be output" | 1 | | | 1 | **Function**: identifying a queue from which data is to be output **Structure**: pointer 177, 179, 181, 183, 209, 211, 213, or 215 | Plain and ordinary meaning |
| "an element [identifying/indicating] a group of queues from which d" | 1 | | | 1 | **Function**: [identifying/indicating] a group of queues, from which data is to be output **Construction**: [identifying/indicating] a group of queues, i.e., high or low priority, from which data is to be output **Structure**: Indefinite | Plain and ordinary meaning |
| "computer generated model" | 1 | | | 1 | "a simulated computer model of circuitry describing a scheduler" | Plain and ordinary meaning |
| 10 | Count | 20 | 0 | 0 | | |

|  | Sub-total | 20 | |  |
|---|---|---|---|---|
|  | Dell | WSOU | Both | Total |
| **Total** | **28** | **0** | **3** | **31** |