# EXHIBIT 12

 (/)

中文

English

SUBSCRIBE (HTTPS://SEMIENGINEERING.COM US/)

**MENU** ☰

6
Shares

**KNOWLEDGE CENTER (HTTPS://SEMIENGINEERING.COM/KNOWLEDGE-CENTER/)**    Navigation ▼

[Knowledge Center]   **Search**

KNOWLEDGE CENTER

# RTL (Register Transfer Level )

*An abstraction for defining the digital portions of a design*



## DESCRIPTION

Register Transfer Level (RTL) is an abstraction for defining the digital portions of a design. It is the principle abstraction used for defining electronic systems today and often serves as the golden model in the design and verification flow. The RTL design is usually captured using a hardware description language (HDL) such as Verilog or VHDL. While these languages are capable of defining systems at other levels of abstraction, it is generally the RTL semantics of these languages, and indeed a subset of these languages defined as the synthesizable subset. This means the language constructs that can be reliably fed into a logic synthesis tool which in turn creates the gate-level abstraction of the design that is used for all downstream implementation operations.

RTL is based on synchronous logic and contains three primary pieces namely, registers which hold state information, combinatorial logic which defines the nest state inputs and clocks that control when the state changes.

Recommended reading:

Digital Design with RTL Design, VHDL, and Verilog (http://www.amazon.com/gp/product/0470531088/ref=as_li_ss_tl?ie=UTF8&camp=1789&creative=390957&creativeASIN=0470531088&linkCode=as2&tag=electsystelev-20)

This site uses cookies. By continuing to use our website, you consent to our **Cookies Policy (https://semiengineering.com/cookies-policy/)**

**TAGS**    ACCEPT

REGISTER TRANSFER LEVEL (HTTPS://SEMIENGINEERING.COM/TAG/REGISTER-TRANSFER-LEVEL/) | RTL (HTTPS://SEMIENGINEERING.COM/TAG/RTL/)
VERILOG (HTTPS://SEMIENGINEERING.COM/TAG/VERILOG/) | VHDL (HTTPS://SEMIENGINEERING.COM/TAG/VHDL/)

MULTIMEDIA

Better Quality RTL (Register Transfer Language)

### Better Quality RTL

FEBRUARY 2ND, 2021

MULTIMEDIA

Timing Closure At 7/5nm

This site uses cookies. By continuing to use our website, you consent to our **Cookies Policy (https://semiengineering.com/cookies-policy/)**

ACCEPT

### Timing Closure At 7/5nm

MARCH 16TH, 2020

MULTIMEDIA



### Building A Safety Verification Flow

MARCH 24TH, 2020

MULTIMEDIA



This site uses cookies. By continuing to use our website, you consent to our **Cookies Policy (https://semiengineering.com/cookies-policy/)**

ACCEPT

### Signoff-Compatible CDC

JULY 29TH, 2019

MULTIMEDIA



UPF-Aware Clock-Domain Crossing

AUGUST 29TH, 2018

MULTIMEDIA



Tech Talk: FPGA RTL Checking

APRIL 26TH, 2018

This site uses cookies. By continuing to use our website, you consent to our **Cookies Policy (https://semiengineering.com/cookies-policy/)**

RELATED TECHNOLOGIES

- VHDL (https://semiengineering.com/technologies/vhdl/)
- Verilog (https://semiengineering.com/technologies/verilog/)

RELATED WHITE PAPERS

### Achieving Faster Closure With Reduced Setup And Debug Using Advanced RTL Static Signoff Platform (https://semiengineering.com/achieving-faster-closure-with-reduced-setup-and-debug-using-advanced-rtl-static-signoff-platform/)

PUBLISHED ON MARCH 3, 2021

### An Automated Pre-Silicon IP Trustworthiness Assessment For Hardware Assurance (https://semiengineering.com/an-automated-pre-silicon-ip-trustworthiness-assessment-for-hardware-assurance/)

PUBLISHED ON JANUARY 27, 2021

### Shift Left Verification With Comprehensive Lint Signoff (https://semiengineering.com/shift-left-verification-with-comprehensive-lint-signoff/)

PUBLISHED ON JULY 8, 2020

### RTL Architect: Simply Better RTL (https://semiengineering.com/rtl-architect-simply-better-rtl/)

PUBLISHED ON MAY 27, 2020

### Fusion Technology (https://semiengineering.com/fusion-technology/)

PUBLISHED ON APRIL 22, 2020

### Accelerating Toshiba's Advanced System-On-Chip (SoC) Design With Synopsys' Fusion Compiler (https://semiengineering.com/accelerating-toshibas-advanced-system-on-chip-soc-design-with-synopsys-fusion-compiler/)

PUBLISHED ON OCTOBER 23, 2019

### Finding Code Problems Before High-Level Synthesis (https://semiengineering.com/finding-code-problems-before-high-level-synthesis/)

PUBLISHED ON APRIL 10, 2019

### Fusion Compiler: Comprehensive RTL-To-GDSII Implementation System (https://semiengineering.com/fusion-compiler-comprehensive-rtl-to-gdsii-implementation-system/)

PUBLISHED ON NOVEMBER 7, 2018

### Utilizing Clock-Gating Efficiency To Reduce Power In RTL Designs (https://semiengineering.com/utilizing-clock-gating-efficiency-to-reduce-power-in-rtl-designs/)

PUBLISHED ON AUGUST 8, 2018

### Synopsys' Vision For The New Wave Of Chip Design (https://semiengineering.com/synopsys-vision-for-the-new-wave-of-chip-design/)

PUBLISHED ON APRIL 25, 2018

NEWSLETTER SIGNUP

This site uses cookies. By continuing to use our website, you consent to our **Cookies Policy (https://semiengineering.com/cookies-policy/)**

ACCEPT

**Email:**

Enter your email

SUBSCRIBE

[(/)](/)

### ABOUT

About us (https://semiengineering.com/about-us/)
Contact us (https://semiengineering.com/about-us/)
Advertising on SemiEng (https://semiengineering.com/advertise/)
Newsletter SignUp (https://semiengineering.com/about-us/)

### NAVIGATION

Homepage (https://semiengineering.com/)
Special Reports (https://semiengineering.com/special-reports/)
Systems & Design (https://semiengineering.com/category-main-page-sld/)
Low Power-High Perf (https://semiengineering.com/category-main-page-lphp/)
Manufacturing, Packaging & Materials (https://semiengineering.com/category-main-page-manufacturing/)
Test, Measurement & Analytics (https://semiengineering.com/category-main-page-packaging-test-electronic-systems/)
Auto, Security & Pervasive Computing (https://semiengineering.com/category-main-page-iot-security/)

Videos (https://semiengineering.com/videos/)
Jobs (https://semiengineering.com/jobs/)
Events (https://semiengineering.com/semiconductor-events/)
Webinars (https://semiengineering.com/webinars/)
Knowledge Centers (https://semiengineering.com/knowledge-center/)
Startup Corner (https://semiengineering.com/startup-corner)

### CONNECT WITH US

Facebook (https://www.facebook.com/SemiEngineering)
Twitter (https://www.twitter.com/SemiEngineering) @semiEngineering
LinkedIn (https://www.linkedin.com/company/semiconductor-engineering)
YouTube (https://www.youtube.com/user/SperlingMediaGroup)

Copyright ©2013-2021 SMG   |   **Terms of Service (https://semiengineering.com/terms-of-service/)**   |   **Privacy Policy (http://semiengineering.com/privacy/)**

This site uses cookies. By continuing to use our website, you consent to our **Cookies Policy (https://semiengineering.com/cookies-policy/)**

ACCEPT