# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00480-ADA-DTG<br>Civil Action No.: 6:20-cv-00481-ADA-DTG<br>Civil Action No.: 6:20-cv-00486-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Expert Reports. | July 15, 2022 | September 1, 2022 |
| Rebuttal Expert Reports. | August 12, 2022 | September 29, 2022 |
| Close of Expert Discovery. | September 9, 2022 | October 20, 2022 |
| Deadline for the second of two meet and confers to discuss narrowing the number of specific claims asserted and specific prior art references to be asserted to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | September 19, 2022 | October 27, 2022 |
| Dispositive motion deadline and *Daubert* motion deadline. | September 26, 2022 | October 27, 2022 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | October 3, 2022 | November 3, 2022 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | October 11, 2022 | November 10, 2022 |

| | | |
|---|---|---|
| Serve objections to rebuttal disclosures and file motions *in limine*. | October 18, 2022 | November 17, 2022 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | October 25, 2022 | December 22, 2022 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. <br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | November 1, 2022 | January 19, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. | November 15, 2022 | January 26, 2023 |
| First Final Pretrial Conference (Case Nos. 6:20-cv-00473, -476, -477) | November 28, 2022 | N/A |
| Jury Selection / 1st Trial (Case Nos. 6:20-cv-00473, -476, -477) | December 5, 2022 | N/A |
| Second Final Pretrial Conference (Case Nos. 6:20-cv-00480, -481, -486) | February 2, 2023 | February 2, 2023 |
| Jury Selection for 2nd Trial (Case Nos. 6:20-cv-00480, -481, -486) | February 16, 2023 | February 16, 2023 |
| 2nd Trial (Case Nos. 6:20-cv-00480, -481, -486) | February 20, 2023 | February 20, 2023 |

**SIGNED** this 11th day of July, 2022.

_____
**DEREK T. GILLILAND**
**UNITED STATES MAGISTRATE JUDGE**