IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION.<br><br>Defendants. | Case No. 6:20-cv-00473-ADA-DTG<br>Case No. 6:20-cv-00476-ADA-DTG<br>Case No. 6:20-cv-00477-ADA-DTG<br><br><br>**JURY TRIAL DEMANDED** |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.<br><br>Defendants. | Case No. 6:20-CV-00480-ADA-DTG<br>Case No. 6:20-CV-00481-ADA-DTG<br>Case No. 6:20-CV-00486-ADA-DTG<br><br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION TO RESET DEADLINE FOR REPLY BRIEFS TO DEFENDANTS' RULE 12(B)(1) MOTION TO DISMISS**

Plaintiff WSOU Investments, LLC and Defendants Dell Technologies Inc., Dell Inc., and VMware Inc. ("Defendants") file this Joint Stipulation to Reset the Briefing Schedule for Defendants' Rule 12(b)(1) Motions to Dismiss. The Parties have agreed to a briefing schedule for Defendants' motions in which Defendants' reply briefs are due July 18, 2022.

IT IS HEREBY STIPULATED for the parties that the deadlines for the reply briefs for Defendants' Rule 12(b)(1) Motion to Dismiss are extended to July 18, 2022.

| | |
|---|---|
| Dated:  July 11, 2022<br>By: */s/ Jonathan K. Waldrop*<br>Jonathan K. Waldrop (CA Bar No. 297903) (Admitted in this District)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (CA Bar No. 309474) (Admitted in this District)<br>djones@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361) (Admitted in this District)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850) (Admitted in this District)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686) (Admitted in this District)<br>hkim@kasowitz.com<br>ThucMinh Nguyen (CA Bar No. 304382)<br>Admitted in this District<br>tngueyn@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171<br><br>Shelley Ivan (NY Bar No. 4338067)<br>sivan@kasowitz.com<br>(Pro hac vice admission)<br>**KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br><br>Mark D. Siegmund (TX Bar No. 24117055) | By:  */s/ Barry K. Shelton*<br>Barry K. Shelton<br>Texas State Bar No. 24055029<br>bshelton@winston.com<br>**WINSTON & STRAWN LLP**<br>2121 North Pearl Street, Ste. 900<br>Dallas, TX  75201<br>Telephone:  214.453.6407<br>Facsimile:  214.453.6400<br><br>Benjamin Hershkowitz<br>bhershkowitz@gibsondunn.com<br>Brian A. Rosenthal<br>brosenthal@gibsondunn.com<br>Allen Kathir<br>akathir@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Ave.<br>NY, NY  10166-0193<br>Telephone:  212.351.4000<br>Facsimile:  212.351.4035<br><br>Y. Ernest Hsin<br>ehsin@gibsondunn.com<br>Jaysen S. Chung<br>jschung@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission St., Ste. 3000<br>San Francisco, CA  94105-0921<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br><br>Ryan K. Iwahashi<br>riwahashi@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Rd.<br>Palo Alto, CA  94304-1211<br>Telephone:  650.849.5300<br>Facsimile:  650.849.5333 |

| | |
|---|---|
| mark@swclaw.com | Emily M. Whitcher |
| **STECKLER WAYNE COCHRAN CHERRY, PLLC** | ewhitcher@gibsondunn.com |
| 8416 Old McGregor Rd. | Andrew P. Blythe |
| Waco, TX 76712 | ablythe@gibsondunn.com |
| Telephone: (254) 651-3690 | **GIBSON, DUNN & CRUTCHER LLP** |
| Facsimile: (254) 651-3689 | 3161 Michelson Drive |
| | Irvine, CA  92612-4412 |
| | Telephone:  949.451.3800 |
| *ATTORNEYS FOR PLAINTIFF* | Facsimile:  949.451.4220 |
| *WSOU INVESTMENTS, LLC* | |
| *d/b/a BRAZOS LICENSING* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 11, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a).

/s/ *Barry K. Shelton*
Barry K. Shelton