UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § § | |
| vs. | § § § | NO:  WA:20-CV-00480-ADA |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, VMWARE, INC.<br>*Defendant* | § | |

## ORDER RESETTING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for MOTIONS HEARING, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on November 09, 2022 at 09:15 AM.

**IT IS SO ORDERED** this **31st day of October, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE