**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    *Plaintiff,*<br><br>        v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, and VMWARE, INC.<br><br>    *Defendants.* | **Civil Action No.: 6:20-cv-00480-ADA-DTG**<br>**Civil Action No.: 6:20-cv-00481-ADA-DTG**<br>**Civil Action No.: 6:20-cv-00486-ADA-DTG**<br><br><br>**JURY TRIAL DEMANDED** |

## **AMENDED SCHEDULING ORDER**

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | December 8, 2022 | December 8, 2022 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | December 15, 2022 | December 15, 2022 |
| Dispositive motion deadline and *Daubert* motion deadline. | December 8, 2022 | December 19, 2022 |
| Serve objections to rebuttal disclosures and file motions *in limine*. | December 22, 2022 | December 22, 2022 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | December 23, 2022 | December 23, 2022 |
| Opposition to dispositive motion(s) and *Daubert* motion(s). | December 22, 2022 | January 5, 2023 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to *motions in limine*. | January 6, 2023 | January 6, 2023 |

| | | |
|---|---|---|
| Reply(ies) in support of dispositive motion(s) and *Daubert* motion(s). | January 5, 2023 | January 17, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | January 23, 2023 | January 23, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. | January 26, 2023 | January 26, 2023 |
| Final Pretrial Conference (Case Nos. 6:20-cv-00480, -481, -486) | February 2, 2023 | February 2, 2023 |
| Jury Selection (Case Nos. 6:20-cv-00480, -481, -486) | February 16, 2023 | February 16, 2023 |
| Trial (Case Nos. 6:20-cv-00480, -481, -486) | February 20, 2023 | February 21, 2023[1] |
| Final Pretrial Conference (Case Nos. 6:20-cv-00473, -476, -477) | N/A | N/A |
| Jury Selection / Trial (Case Nos. 6:20-cv-00473, -476, -477) | N/A | N/A |

**SIGNED** this 9th day of December, 2022.

_____
**DEREK T. GILLILAND**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* Nov. 7, 2022 email from M. Scott confirming modified trial date.