## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC** | § | |
| | § | |
| **vs.** | § | **NO:**   **WA:20-CV-00480-ADA** |
| | § | |
| **DELL TECHNOLOGIES INC., DELL** | § | |
| **INC., EMC CORPORATION, VMWARE,** | | |
| **INC.** | | |
| *Defendant* | | |

# ORDER SETTING MOTIONS HEARING IN PERSON AND ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for

MOTIONS HEARING IN PERSON AND ZOOM, in U.S. Magistrate Court, Courtroom No. 2,

Third Floor, 800 Franklin Avenue, Waco, Texas, on January 27, 2023 at 09:30 AM. For counsel of

record appearing via zoom, a zoom hearing link will be provided via email.

**IT IS SO ORDERED** this **20th day of January, 2023**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE