# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC | § |
| | § |
| vs. | §   NO:  WA:20-CV-00480-ADA |
| | § |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, VMWARE, INC. | § |

### ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Derek T. Gilliland on Tuesday, February 14, 2023 at 2:00PM. The conference will be conducted by video at:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

and will be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for Thursday, February 16, 2023 at 09:00 AM in District Courtroom #2, in the United States Courthouse, 800 Franklin Ave., Waco, TX 76701.

**SIGNED** this 24th day of January, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE