# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC | § |
| | § |
| | § |
| vs. | §   NO:  WA:20-CV-00480-ADA |
| | § |
| DELL TECHNOLOGIES INC., DELL | § |
| INC., EMC CORPORATION, VMWARE, INC. | |
| *Defendant* | |

## ORDER RESETTING JURY SELECTION

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for JURY SELECTION, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on February 16, 2023 at 01:30 PM (time change only).

**IT IS SO ORDERED** this **3rd day of February, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE