PUBLIC VERSION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> *Plaintiff,* <br><br> v. <br><br> DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC., <br><br> *Defendants.* | Civil Action No.: 6:20-cv-00480-ADA-DTG <br> Civil Action No.: 6:20-cv-00481-ADA-DTG <br> Civil Action No.: 6:20-cv-00486-ADA-DTG <br><br> **JURY TRIAL DEMANDED** <br><br> PUBLIC VERSION |

**PLAINTIFF'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT 9,164,800**

Plaintiff respectfully objects to and appeals Magistrate Judge Gilliland's Report and Recommendation ("R&R") granting in part Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 9,164,800 (the "Motion"), as it contains erroneous findings of fact and contradicts the pertinent law and procedures.[1]  *See, e.g., Baylor Health Care Sys. v. Equitable Plan Servs.,* 955 F. Supp. 2d 678, 689 (N.D. Tex. 2013); *see also* Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.").

The R&R is incorrect, as Brazos clearly showed that the ███████████████

██████████████████████████████████████████████████

---

[1] Pursuant to the R&R, dated January 30, 2023, (Dkt. 345), the reasoning is stated on the record of the hearing held on January 27, 2023. This transcript is not yet available.
Submitted herewith is the Declaration of Jonathan K. Waldrop, dated February 10, 2023 ("Waldrop Declaration"). "Ex." Refers to exhibits attached to the Waldrop Declaration.

PUBLIC VERSION

[REDACTED]

---
[2] [REDACTED]

PUBLIC VERSION

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

    ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████ is a question of fact that precludes summary

judgment, and the R&R regarding Defendants' Motion should be vacated. *Barry v. Medtronic, Inc.*,

No. 1:14-cv-104, 2016 U.S. Dist. LEXIS 187030, at *8 (E.D. Tex. Aug. 5, 2016); *see also Tesco

Corp. v. Weatherford Int'l, Inc.*, 750 F. Supp. 2d 780, 800, 810 (S.D. Tex. 2010) (denying summary

judgment and stating: "applying the claim construction to the accused devices is a question of fact

for the jury...to determine whether infringement has occurred."); *DSC Commc'n Corp. v. Pulse

Commc'n, Inc.,* 170 F.3d 1354, 1367 (Fed. Cir. 1999) (summary judgment of noninfringement

vacated because record presented an unresolved factual issue as to the characteristics of the accused

product with respect to a claim limitation); *Vivid Techs, Inc. v. Am. Sci. & Eng'g, Inc.,* 200 F.3d

795, 811–12 (Fed. Cir. 1999) (reversing summary judgment of noninfringement because district

court improperly resolved material factual disputes regarding the characteristics of the accused

product).

PUBLIC VERSION

For these reasons, Plaintiff respectfully requests that this Court sustain Plaintiff's objections

and vacate Magistrate Judge Gilliland's Report and Recommendation granting in part Defendants'

Motion for Summary Judgment of Non-Infringement of U.S. Patent 9,164,800.


Dated:  February 10, 2023                               RESPECTFULLY SUBMITTED,

By:  */s/ Jonathan K. Waldrop*
        Jonathan K. Waldrop (CA Bar No. 297903)
        (Admitted in this District)
        jwaldrop@kasowitz.com
        Darcy L. Jones (CA Bar No. 309474)
        (Admitted in this District)
        djones@kasowitz.com
        Marcus A. Barber (CA Bar No. 307361)
        (Admitted in this District)
        mbarber@kasowitz.com
        John W. Downing (CA Bar No. 252850)
        (Admitted in this District)
        jdowning@kasowitz.com
        Heather S. Kim (CA Bar No. 277686)
        (Admitted in this District)
        hkim@kasowitz.com
        ThucMinh Nguyen (CA Bar No. 304382)
        (Admitted in this District)
        tnguyen@kasowitz.com
        Chen Jia (CA Bar No. 281470)
        (Admitted in this District)
        cjia@kasowitz.com
        **KASOWITZ BENSON TORRES LLP**
        333 Twin Dolphin Drive, Suite 200
        Redwood Shores, California 94065
        Telephone: (650) 453-5170
        Facsimile: (650) 453-5171

        Paul G. Williams (GA Bar No. 764925)
        (Admitted in this District)
        pwilliams@kasowitz.com
        **KASOWITZ BENSON TORRES LLP**
        1230 Peachtree Street N.E., Suite 2445
        Atlanta, Georgia 30309
        Telephone: (404) 260-6080
        Facsimile: (404) 260-6081

        Hershy Stern (NY Bar No. 4631024)
        (Admitted *pro hac vice*)
        hstern@kasowitz.com
        Howard L. Bressler (NY Bar No. 2487379)
        (Admitted *pro hac vice*)
        hbressler@kasowitz.com

PUBLIC VERSION

Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
Melissa S. Ruiz (TX Bar No. 24128097)
melissa@swclaw.com
**STECKLER WAYNE CHERRY & LOVE
PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE
PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT**

5

PUBLIC VERSION

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on this 17th day of February, 2023, via the Court's CM/ECF System.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop