IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00480-ADA-DTG<br>Civil Action No.: 6:20-cv-00481-ADA-DTG<br>Civil Action No.: 6:20-cv-00486-ADA-DTG<br><br>JURY TRIAL DEMANDED<br><br>PUBLIC VERSION |

**PLAINTIFF'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING IN PART DEFENDANTS' MOTION TO EXCLUDE PREVIOUSLY UNDISCLOSED THEORIES OF STAN MCCLELLAN PH.D. CONCERNING INFRINGEMENT OF U.S. PATENT 9,164,800**

Plaintiff respectfully objects to and appeals Magistrate Judge Gilliland's Report and Recommendation ("R&R") granting in part Defendants' Motion to Strike Previously Undisclosed Theories of Stan McClellan Ph.D. Concerning Infringement of U.S. Patent 9,164,800 (the "Motion"), as it contains erroneous findings of fact and contradicts the pertinent law and procedures.[1] *See, e.g., Baylor Health Care Sys. v. Equitable Plan Servs.,* 955 F. Supp. 2d 678, 689 (N.D. Tex. 2013); *see also* Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.").

---

[1] Pursuant to the R&R, dated January 30, 2023, (Dkt. 345), the reasoning is stated on the record of the hearing held on January 27, 2023. This transcript is not yet available.
Submitted herewith is the Declaration of Jonathan K. Waldrop, dated February 10, 2023 ("Waldrop Declaration"). "Ex." Refers to exhibits attached to the Waldrop Declaration.

The R&R is clearly erroneous. Brazos plainly showed—supported by evidence—that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Brazos's infringement theories focus on ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Consequently, Brazos's theories were ██████████████████████████████████████

*See id.*; *MasterObjects, Inc. v. Meta Platforms, Inc.,* No. 21-05428-WHA, 2022 WL 4856269, at *3 (N.D. Cal. Oct. 3, 2022) (denying Meta's motion to strike expert infringement report's citations to IOS and Android source code not identified in the contentions because those were accused features); *Fenner Invs., Ltd. v. Hewlett-Packard Co.*, No. CIV.A. 6:08-CV-273, 2010 WL 786606, at *2 (E.D. Tex. Feb. 26, 2010) (denying motion to strike infringement report concerning layer 3 switches even though contentions did not include how the layer 3 switches retain layer 2 MAC addressing as required by the claims); *Mobile Telecomms. Techs., LLC v. Blackberry Corp.*, No. 3:12-CV-1652-M, 2016 WL 2907735, at *2 (N.D. Tex. May 17, 2016).

Moreover, Defendants' expert, Benjamin F. Goldberg, Ph.D., responded t█ ███████████████████████████████████████████████████████████████████████████████ Defendants knew of █████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

████████████████████████ *See MasterObjects*, 2022 WL 4856269, at *3 (noting that striking "will not result in a just trial" because Meta should have known "parts most vulnerable to a theory of infringement."). For these reasons, Plaintiff respectfully requests that this Court sustain Plaintiff's objections and vacate Magistrate Judge Gilliland's Report and Recommendation granting in part Defendants' Motion to Strike Previously Undisclosed Theories of Stan McClellan Ph.D. Concerning Infringement of U.S. Patent 9,164,800.

Dated:  February 10, 2023

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Chen Jia (CA Bar No. 281470)
(Admitted in this District)
cjia@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

Hershy Stern (NY Bar No. 4631024)
(Admitted *pro hac vice*)
hstern@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
Melissa S. Ruiz (TX Bar No. 24128097)
melissa@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on this 10th day of February, 2023.

                                                                             */s/ Jonathan K. Waldrop*
                                                                             Jonathan K. Waldrop