IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00480-ADA-DTG<br>Civil Action No.: 6:20-cv-00481-ADA-DTG<br>Civil Action No.: 6:20-cv-00486-ADA-DTG<br><br>JURY TRIAL DEMANDED<br><br>PUBLIC VERSION |

**PLAINTIFF'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT 7,092,360**

Plaintiff respectfully objects to and appeals Magistrate Judge Gilliland's Report and Recommendation ("R&R") granting in part Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 7,092,360 (the "Motion"), as it contains erroneous findings of fact and contradicts the pertinent law and procedures.[1] *See, e.g., Baylor Health Care Sys. v. Equitable Plan Servs.,* 955 F. Supp. 2d 678, 689 (N.D. Tex. 2013); *see also* Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.").

**A.     There is a Genuine Issue of Material Fact Regarding Whether** ▮▮▮▮▮▮▮▮▮▮

The R&R is incorrect, as Dr. McClellan clearly ▮▮▮▮▮▮▮▮▮▮

---

[1] The Court heard Defendants' Motion on the papers, and there were no findings of fact on the record.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

██████████████████████████████████████████████████████████████████

████████████ Therefore, Defendants' contention that ██████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████ Dr. McClellan also identified ███████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████

 Further, Dr. McClellan identified v████████████████████████████████

████████████ Dr. McClellan explained, ████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

Dr. McClellan also explained ████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████ As another example, Dr. McClellan identified ████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

█████████████████████████████ Dr. McClellan also explained ███████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

2

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████ Thus, there is a material issue of fact, and Defendants' Motion should have been denied.

**B.     There is a Genuine Dispute of Material Fact as to Whether** ████████████████████████████

The Court erroneously found that Brazos failed to show that ████████████████ ██████████████████████████████ However, Dr. McClellan identified ████████████ ██████████████████████████████████████████████████████████████ ██████████████████████ Dr. McClellan also identifies ████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████ Thus, there is a material issue of fact.

For these reasons, Plaintiff respectfully requests that this Court sustain Plaintiff's objections and vacate Magistrate Judge Gilliland's Report and Recommendation granting in part Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 7,092,360.

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

Dated: February 13, 2023              RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
 Jonathan K. Waldrop (CA Bar No. 297903)
 (Admitted in this District)
 jwaldrop@kasowitz.com
 Darcy L. Jones (CA Bar No. 309474)
 (Admitted in this District)
 djones@kasowitz.com
 Marcus A. Barber (CA Bar No. 307361)
 (Admitted in this District)
 mbarber@kasowitz.com
 John W. Downing (CA Bar No. 252850)
 (Admitted in this District)
 jdowning@kasowitz.com
 Heather S. Kim (CA Bar No. 277686)
 (Admitted in this District)
 hkim@kasowitz.com
 ThucMinh Nguyen (CA Bar No. 304382)
 (Admitted in this District)
 tnguyen@kasowitz.com
 Chen Jia (CA Bar No. 281470)
 (Admitted in this District)
 cjia@kasowitz.com
 **KASOWITZ BENSON TORRES LLP**
 333 Twin Dolphin Drive, Suite 200
 Redwood Shores, California 94065
 Telephone: (650) 453-5170
 Facsimile: (650) 453-5171
 Paul G. Williams (GA Bar No. 764925)
 (Admitted in this District)
 pwilliams@kasowitz.com
 **KASOWITZ BENSON TORRES LLP**
 1230 Peachtree Street N.E., Suite 2445
 Atlanta, Georgia 30309
 Telephone: (404) 260-6080
 Facsimile: (404) 260-6081
 Hershy Stern (NY Bar No. 4631024)
 (Admitted *pro hac vice*)
 hstern@kasowitz.com
 Howard L. Bressler (NY Bar No. 2487379)
 (Admitted *pro hac vice*)
 hbressler@kasowitz.com
 Joshua A. Whitehill (NY Bar No. 4766473)
 (Admitted *pro hac vice*)
 jwhitehill@kasowitz.com

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
Melissa S. Ruiz (TX Bar No. 24128097)
melissa@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory P. Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on this 13th day of February, 2023.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop