# Exhibit 2

| | |
|---|---|
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 6:20-cv-00480-ADA-DTG WSOU Investments LLC v. Dell Technologies Inc. et al Jury Trial - Completed |
| **Date:** | Thursday, February 23, 2023 2:30:23 PM |

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court [LIVE]

## Western District of Texas

### Notice of Electronic Filing

The following transaction was entered on 2/23/2023 at 1:29 PM CST and filed on 2/23/2023
**Case Name:**     WSOU Investments LLC v. Dell Technologies Inc. et al
**Case Number:**   6:20-cv-00480-ADA-DTG
**Filer:**
**Document Number:** 393

**Docket Text:**
**Minute Entry for proceedings held before Judge Alan D Albright: Jury Trial completed on 2/23/2023. TRIAL HELD. PLAINTIFF REST. MOTION (ORAL) BY DEFENDANT FOR DIRECTED VERDICT - GRANTED. ORDER FORTHCOMING. TRIAL CONCLUDED. (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.)(zv)**

**6:20-cv-00480-ADA-DTG Notice has been electronically mailed to:**

Allen Kathir     akathir@gibsondunn.com

Andrew P. Blythe     ablythe@gibsondunn.com, pmclean@gibsondunn.com

Barry K. Shelton     bshelton@winston.com, ASager@winston.com, barry--shelton-2964@ecf.pacerpro.com, ECF_Houston@winston.com

Benjamin Hershkowitz     BHershkowitz@gibsondunn.com, BRamlakhan@gibsondunn.com, IPParas@gibsondunn.com

Blaine H. Evanson     bevanson@gibsondunn.com, athompson@gibsondunn.com

Brian Rosenthal     brosenthal@gibsondunn.com, bramlakhan@gibsondunn.com, dlam@gibsondunn.com, jperlman@gibsondunn.com, SDarbo@gibsondunn.com

Casey J. Mccracken     CMcCracken@gibsondunn.com, athompson@gibsondunn.com

Chen Jia     cjia@kasowitz.com

Craig D. Cherry     craig@swclaw.com, becky@swclaw.com, jenn@swclaw.com, justin@swclaw.com

Darcy L. Jones     djones@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

David Kuznick     david.kuznick@dell.com, julie.mazzarella@dell.com

Emily M. Whitcher     ewhitcher@gibsondunn.com

Gregory Phillip Love     greg@swclaw.com, gail@swclaw.com, jessica@swclaw.com

Heather S. Kim    hkim@kasowitz.com, courtnotices@kasowitz.com, NWashington@kasowitz.com

Hershy Stern    hstern@kasowitz.com, Courtnotices@kasowitz.com

Howard L. Bressler    hbressler@kasowitz.com, courtnotices@kasowitz.com

Jaysen S. Chung    jschung@gibsondunn.com, mpapanikolaou@gibsondunn.com, sdarbo@gibsondunn.com

John W. Downing    jdowning@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Jonathan K. Waldrop    jwaldrop@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Josh A. Krevitt    jkrevitt@gibsondunn.com, jfanelli@gibsondunn.com

Joshua A. Whitehill    jwhitehill@kasowitz.com, courtnotices@kasowitz.com

Julianne Laporte    jlaporte@kasowitz.com, courtnotices@kasowitz.com, dmays@kasowitz.com

Justin Wayne Allen    justin@swclaw.com, jenn@swclaw.com

Marcus A. Barber    mbarber@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Mark D. Siegmund    mark@swclaw.com, becky@swclaw.com, jenn@swclaw.com, mark@waltfairpllc.com, melissa@swclaw.com

Melissa Samano Ruiz    melissa@swclaw.com, becky@swclaw.com, jenn@swclaw.com

Nathan K. Cummings    nathan@etheridgelaw.com

Nathaniel R. Scharn    nscharn@gibsondunn.com, bakin@gibsondunn.com

Noah P. Dorman    ndorman@kasowitz.com, ccopes@kasowitz.com, courtnotices@kasowitz.com

Paul Torchia    ptorchia@gibsondunn.com

Paul G. Williams    pwilliams@kasowitz.com, courtnotices@kasowitz.com, dsaxon@kasowtiz.com

Ryan Iwahashi    riwahashi@gibsondunn.com

ThucMinh Nguyen    tnguyen@kasowitz.com, cene@kasowitz.com, courtnotices@kasowitz.com

Veronica Smith Moye    vmoye@gibsondunn.com, cfitzgerald@gibsondunn.com, ctryon@gibsondunn.com

Y. Ernest Hsin    ehsin@gibsondunn.com, mpapanikolaou@gibsondunn.com

Yana Nebuchina    ynebuchina@gibsondunn.com

**6:20-cv-00480-ADA-DTG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=2/23/2023] [FileNumber=28111462-0] [8bbc38393d55d18e2fec5a9c4369d1ef40b1d2a9e9924839e8097d657c141db8d5 92a04e5d230f49a4c4283c2cbcd0f4defb7a82eac7b297d089a489bbdb9dd2]]